■ ROBERT MICHAELS, Appellant-Respondent, v THOMAS C. HARTZELL et al., Respondents-Appellants. THOMAS C. HARTZELL et al., Appellants-Respondents, v ROBERT MICHAELS, Respondent-Appellant. (Appeal No. 4.) — Appeal dismissed as academic, in view of the decision in *Michaels v Hartzell* [Appeal No. 3] (85 AD2d 901). All concur, Schnepp, J., not participating. (Appeal from order of Monroe Supreme Court, Mastrella, J. — vacate notice to produce.) Present — Hancock, Jr., J. P., Callahan, Doerr, Moule and Schnepp, JJ.